| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 21-Cr-20011-Cooke |
| DEFENDANT | TYPE OF PROCESS |
| David Tyler Hines | Notice of Final Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A 2020 Lamborghini Huracan with VIN ZHWUF4ZF3LLA13255

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USMS

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA, Nicole Grosnoff<br>U.S. Attorney's Office<br>99 N.E. 4th Street, seven floor<br>Miami, Florida, 33132 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve the attached Notice of Final Forfeiture and execute the bottom and send back to the USAO.
CATS ID No. 20-USP-002034

FILED BY ___ D.C.
SEP 02 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| NICOLE GROSNOFF Digitally signed by NICOLE GROSNOFF Date: 2021.06.21 13:27:45 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 305-961-9294 | 6/21/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 4 | No. 4 | MR | 8/16/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 8/16/2021 | 12:00 | ☐ am ☒ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

8/16/2021- Vehicle disposed pursuant to Notice of Final Forfeiture in the amount of $247,000.00

Form USM-285
Rev. 03/21